No. ___PD-1477-15___

# IN THE
# COURT OF CRIMINAL APPEALS
# AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

BENNIE JOHNSON, JR.

V.

THE STATE OF TEXAS

From Appeal No 06-14-00194
Trial Cause No. 12F0821-102
Bowie County, Texas

FILED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Bennie Johnson, Jr., Petitioner, and files this Motion for extension of ninety (90) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the Court the following:

## I.

The Petitioner was convicted in the 102nd District Court of Bowie County, Texas of the offense of Aggravated Sexual Assault in Cause No. 12F0821-102, Styled State of Texas vs. Bennie Johnson, Jr. The Petitioner appealed to the Court of Appeals, Sixth Supreme Judicial District. The case was affirm on October 14, 2015. Johnson filed for a motion for rehearing on October 22nd 2015. The Court of Appeals overruled the

motion on November 3 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is December 3, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until October 14th, 2015. Petitioner filed for a motion for rehearing on October 22nd 2015. The Court of Appeals overruled motion on Nov. 3, 2015. Since that time Petitioner has been attemping to gain legal representation in this matter. His attorney on the appeal, Mr. Derric S. McFarland, has informed Petitioner that he will not represent him on the Petition for Discretionary Review. Johnson is unable to meet deadline as stated above because he has limited access to law library to a few hours a day; and has no legal education, training or sophistication in the law therefore slowing down his research.

WHEREFORE, Johnson prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 06-H-00194-CR to February 3, 2016.

Respectfully Submitted,
Bennie Johnson Jr.
Bennie Johnson Petioner Pro Se
TDCJ No. 1970053
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

2.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to file a Petition for Discretionary Review, has been forward by U.S. Mail, postage prepaid, first class, to the Attorney for State, Jerry D. Rochelle, at 601 Main Street, Texarkana, Tx 75501, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Tx 78711 on this the 9th day of November, 2015.

Bennie Johnson, Jr.
Bennie Johnson Jr.
Petitioner Pro Se

## UNSWORN DECLARATION

I, Bennie Johnson Jr., TDCJ No. 1970053, being presently incarcerated in the Mark W. Stiles Unit of the Texas Department of Criminal Justice in Jefferson County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 9th day of November 2015.

Bennie Johnson, Jr.
Bennie Johnson Jr.
TDCJ No. 1970053

3.